**Dismiss and Opinion Filed January 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01576-CR

## THE STATE OF TEXAS, Appellant

## V.

## JULIO REGALADO, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F11-14275

## MEMORANDUM OPINION
Before Justices FitzGerald, Lang, and Fillmore

Appellant the State of Texas has filed a motion to dismiss the appeal. The motion is signed by counsel for the State. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
131576F.U05